[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 22-12409

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TYANTHONY FURTEZ WARD,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:20-cr-00367-AMM-SGC-4

————————————

2                    Opinion of the Court                    22-12409

Before WILSON, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

Wilson Green, appointed counsel for Tyanthony Ward in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ward's convictions and sentences are **AFFIRMED**.